```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16210
   KIMBERLY BENNETT
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5612

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/05/2007 and was confirmed 11/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED          731.19             .00            .00
CHATHAM CLUB HOMEOWNERS    CURRENT MORTG        .00              .00            .00
CHATHAM CLUB HOMEOWNERS    SECURED              .00              .00            .00
LASALLE BANK               CURRENT MORTG        .00              .00            .00
LASALLE BANK               MORTGAGE ARRE    6050.00              .00            .00
LASALLE BANK               UNSECURED       NOT FILED             .00            .00
WASHINGTON MUTUAL BANK     CURRENT MORTG        .00              .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE   35165.93              .00            .00
AMERICAN CORADIUS INTL     UNSECURED       NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1557.87              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       26714.08              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         811.62              .00            .00
CHASE                      UNSECURED       NOT FILED             .00            .00
DIVERSIFIED SERVICE        UNSECURED       NOT FILED             .00            .00
FIRST ACCEPTANCE SERV      UNSECURED       NOT FILED             .00            .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED             .00            .00
ECMC                       UNSECURED       71615.29              .00            .00
NORTHERN TRUST             UNSECURED       NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED             .00            .00
CHAD M HAYWARD             DEBTOR ATTY      2,000.00                          690.55
TOM VAUGHN                 TRUSTEE                                             47.22
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     737.77

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16210 KIMBERLY BENNETT
```

```
ADMINISTRATIVE                                                 690.55
TRUSTEE COMPENSATION                                            47.22
DEBTOR REFUND                                                     .00
                                        ---------------  ---------------
TOTALS                                           737.77           737.77
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 07/22/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE